SLIP OPINION

Cite as 2017 Ark. App. 202

# ARKANSAS COURT OF APPEALS

DIVISION III

No. CV–16–1063

| | |
|---|---|
| CRYSTAL BUTLER | **Opinion Delivered:** April 5, 2017 |
| APPELLANT | APPEAL FROM THE UNION COUNTY CIRCUIT COURT [NO. 70JV-13-271] |
| V. | |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES AND MINOR CHILDREN | HONORABLE EDWIN KEATON, JUDGE |
| APPELLEES | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## BART F. VIRDEN, Judge

This is an appeal arising from the order of the Union County Circuit Court terminating appellant Crystal Butler's parental rights to E.M.1, E.M.2, K.B., J.M., and K.A.B. Butler's attorney has filed a no-merit brief and a motion to withdraw as counsel. On appeal, counsel contends that there are no meritorious grounds that could possibly support an appeal.

In compliance with *Linker–Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Rule 6-9(i) (2016) of the Rules of the Arkansas Supreme Court and Court of Appeals, Butler's counsel has examined the entire supplemented record for adverse rulings and has noted that, apart from the termination, there were no rulings adverse to Butler. Counsel has adequately discussed why there is no arguable merit to an appeal. Butler was provided a copy of her counsel's brief and motion, and she exercised her

right to file pro se points on appeal. Neither the Arkansas Department of Human Services nor the attorney ad litem filed a responsive brief.

Having carefully examined the pro se points filed by Butler, the record, and the no-merit brief, we hold that Butler's counsel has complied with the requirements for no-merit, parental-termination appeals and that the appeal is wholly without merit. Accordingly, by memorandum opinion, we affirm the termination of Butler's parental rights to E.M.1, E.M.2, K.B., J.M., and K.A.B. *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e). We also grant counsel's motion to withdraw from representation of Butler.

Affirmed; motion to withdraw granted.

GRUBER, C.J., and WHITEAKER, J., agree.

*Leah Lanford*, Arkansas Public Defender Commission, for appellant.

No response.